NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTRONIC PLASTICS, INC., DBA CLEAR-VU LIGHTING,**
*Appellant*

**v.**

**APOGEE LIGHTING HOLDINGS, LLC,**
*Appellee*

---

2022-1379, 2022-1380

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01023, IPR2020-01024.

---

## JUDGMENT

---

ELIOT DAMON WILLIAMS, Baker Botts LLP, Washington, DC, argued for appellant.  Also represented by ERIC J. FARAGI, ROBERT LAWRENCE MAIER, JENNIFER COZEOLINO TEMPESTA, New York, NY.

GREGORY SCOTT GEWIRTZ, Lerner, David, Littenberg, Krumholz & Mentlik, LLP, Cranford, NJ, argued for appellee.  Also represented by JONATHAN A. DAVID. JAMES ANDREW VEZERIS.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2023          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court